# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:12-cv-002

| | |
|---|---|
| AJANAKU MURDOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| CHAD EADES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on a Motion to Conduct Mediation by Defendant Chad Eades. (Doc. No. 60). All parties have consented to the motion.

The Court hereby **GRANTS** the motion. The parties shall conduct the mediation of this matter in the United States District Courthouse located at 200 West Broad Street, Statesville, North Carolina. The mediation will be held at 9:00 a.m. on April 28, 2015. Counsel for the parties have designated Samuel Aycock, who is located in Morganton, North Carolina, as the mediator. Plaintiff Ajanaku Murdock, offender number 0634508, is currently in the custody of Lanesboro Correctional Institution, 552 Prison Camp Road, Polkton, North Carolina.

**IT IS FURTHER ORDERED** that, on the day of the mediation, the Warden at Lanesboro Correctional Institution shall transport Plaintiff to the mediation and then return him to the custody of the Warden of the Lanesboro Correctional Institution at the conclusion of the mediation. To this effect, the Warden shall, within ten days of this Order, contact the Clerk of this Court to confirm that this Order has been received and that the Warden will make all appropriate preparations to comply with this Order.

The Clerk of this Court is respectfully directed to mail a copy of this Order to the Warden of Lanesboro Correctional Institution.

**IT IS SO ORDERED**.

Robert J. Conrad, Jr.
United States District Judge